1  W. PAUL SCHUCK (SBN 203717)
   *pschuck@bzbm.com*
2  BARTKO ZANKEL BUNZEL & MILLER
   A Professional Law Corporation
3  One Embarcadero Center, Suite 800
   San Francisco, California 94111
4  Telephone: (415) 956-1900
   Facsimile:  (415) 956-1152
5

6  ANDREW G. DINOVO (Admitted *Pro Hac Vice*)
   *adinovo@dinovoprice.com*
7  CHRISTOPHER V. GOODPASTOR (SBN 199350)
   *cgoodpastor@dinovoprice.com*
8  DINOVO PRICE LLP
9  7000 N. MoPac Expressway, Suite 350
   Austin, TX  78731
10 Telephone: (512) 539-2626
   Facsimile:  (512) 539-2627
11

12 *Attorneys for Defendant*
   *Meetrix IP, LLC*
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUE JEANS NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> MEETRIX IP, LLC, <br><br> Defendant. | Case No. Case 3:22-cv-01055-SK <br><br> **DEFENDANT MEETRIX IP, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** <br><br> **(Fed. R. Civ. P. 7.1; L.R. 3-15)** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Meetrix IP, LLC ("Meetrix") is a wholly owned subsidiary of ITUS Patent Acquisition Corporation, which is a wholly owned subsidiary of Anixa Biosciences, Inc. No other publicly held company owns 10% or more of Meetrix's stock.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: April 5, 2022                          DINOVO PRICE, LLP

/s/ Andrew G. DiNovo
Andrew G. DiNovo (Admitted *Pro Hac Vice*)
adinovo@dinovoprice.com
Christopher v. Goodpastor (SB# 199350)
cgoodpastor@dinovoprice.com
DINOVO PRICE LLP
7000 N. MoPac Expressway, Suite 350
Austin, TX 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627

W. Paul Schuck (SB# 203717)
pschuck@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

**ATTESTATION OF E-FILER**

Pursuant to Local Rule 5-1(i), the undersigned ECF user whose login and password are being used in filing this document, hereby attests that the signatory has concurred in the filing of this document.

Dated: April 5, 2022                          /s/ W. Paul Schuck
                                              W. Paul Schuck